UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MAHDI FAYAZI *et al.*,
    Plaintiffs,

v.

UNITED STATES DEPARTMENT OF STATE, *et al.*,
    Defendants.

Civil Action No. 23-43 (CKK)

**ORDER**
(April 12, 2023)

In light of the Plaintiffs' [13] Notice of Voluntary Dismissal, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), it is, this 12th day of April, 2023, hereby

**ORDERED** that this case is **DISMISSED**.

**SO ORDERED.**

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge